UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **MISTY WHITE,** | ) |
| | ) |
| *Plaintiff* | ) Case No. 0:22-cv-00632-NEB-TNL |
| | ) |
| v. | ) |
| | ) |
| **AETNA LIFE INSURANCE COMPANY,** | ) |
| | ) |
| | ) |
| *Defendant* | ) |

### ORDER GRANTING EXTENSION OF TIME

This matter coming to be heard on the parties' Stipulation for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint (Doc 7), the Court being fully advised in the premises, it is **HEREBY ORDERED THAT**:

Aetna Life Insurance Company is granted to and until July 13, 2022 to answer or otherwise plead to Plaintiff's Complaint.

SO ENTERED this _____ day of _____, 2022.

**Dated:**_____          _____
                                                                    Hon. Tony N. Leung

                                                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

All Counsel of Record